UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
QIANA NUNEZ,

                            Plaintiff,

  -against-

COMMUNITY HEALTH CENTER OF RICHMOND, INC.
and HENRY THOMPSON,

                           Defendants.
-------------------------------------------------------------------x

Case No. 1:20-cv-04628

**STIPULATION AND ORDER**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the respective parties hereto, that the United States District Court for the Southern District of New York is not the proper venue for the above-captioned action, because the requirements of 29 U.S.C. §1391(b) cannot be satisfied; and

      **IT IS FURTHER STIPULATED AND AGREED**, that the United States District Court for the Eastern District of New York is the proper venue for this action, pursuant to 29 U.S.C. §1391(b)(2); and

      **IT IS FURTHER STIPULATED AND AGREED,** that in lieu of dismissal of this action without prejudice followed by its refiling in the proper venue, the parties consent to the transfer of the above-captioned action to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. §1406(a).

| | |
|---|---|
| /s/ **Saranicole A. Duaban** | /s/ **David I. Rosen** |
| Megan Goddard Saranicole A. Duaban | David I. Rosen |
| **GODDARD LAW PLLC** | **SILLS CUMMIS & GROSS P.C.** |
| 39 Broadway, Suite 1540 New York, New York 10006 | One Riverfront Plaza Newark, New Jersey |
| Tel: 646-504-8363 | Tel.: (973)643-5558 |
| Fax: 212.473.8705 | Fax: (973) 643-6500 |
| Megan@goddardlawnyc.com | drosen@sillscummis.com |
| Saranicole@goddardlawnyc.com | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: July 7, 2020 | Dated: July 7, 2020 |

SO ORDERED:

_____
HON. JED S. RAKOFF, U.S.D.J.

Dated: July 7, 2020